# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **WYOMING TECHNOLOGY LICENSING, LLC,** | § § § | Case No: 2:24-cv-467 |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| vs. | § § § | |
| **VERIZON COMMUNICATIONS, INC.,** | § § | |
| Defendant. | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Wyoming Technology Licensing, LLC hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant Verizon Communications, Inc. pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment.

Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  July 11, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Notice, and counsel indicated its agreement with the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Thursday, July 11, 2024.

*/s/ Randall Garteiser*
Randall Garteiser
